IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TRAFFIC INFORMATION, LLC | § § § | |
| *Plaintiff*, | § | |
| vs. | § § | |
| BANK OF AMERICA CORPORATION, *et al.* | § § § | Case No. 2:11-cv-343-DF |
| | § | **JURY TRIAL DEMANDED** |
| *Defendants*. | § | |

**ORDER OF DISMISSAL WITH PREJUDICE
OF DEFENDANTS BANK OF AMERICA CORPORATION
AND BANK OF AMERICA, NATIONAL ASSOCIATION**

Pursuant to Fed. R. Civ. P. 41, and as a result of an agreement reached between plaintiff Traffic Information, LLC ("Traffic") and defendants Bank of America Corporation ("BAC") and Bank of America, National Association ("BANA"), IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. This Court has personal jurisdiction over Traffic, BAC and BANA, and over the subject matter of this action as between these parties.

2. Each claim made and that could have been made by Traffic against BAC and BANA, and each counterclaim made and that could have been made by BAC and BANA against Traffic, in this action is hereby dismissed with prejudice on the basis of the settlement reached, pursuant to Fed. R. Civ. P. 41.

3. Each party shall bear its own costs, expenses, and attorneys' fees.

4. Traffic's claims against the other defendants in this action shall remain pending.

5. The Court shall retain jurisdiction over this matter to insure that the terms and conditions of the parties' settlement agreement are honored and enforced.

**SIGNED this 6th day of December, 2011.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE