IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TRAFFIC INFORMATION, LLC | § § § | |
| *Plaintiff*, | § | |
| vs. | § § | |
| BANK OF AMERICA CORPORATION, *et al.* | § § § | Case No. 2:11-cv-343-MHS-CMC |
| | § | **JURY TRIAL DEMANDED** |
| *Defendants*. | § | |

### ORDER OF DISMISSAL WITH PREJUDICE
### OF DEFENDANT LOOPT, INC.

Pursuant to Fed. R. Civ. P. 41, and as a result of an agreement reached between plaintiff Traffic Information, LLC ("Traffic") and defendant Loopt, Inc. ("Loopt"), IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. This Court has personal jurisdiction over Traffic and Loopt, and over the subject matter of this action.

2. Each claim made and that could have been made by Traffic against Loopt, and each counterclaim made and that could have been made by Loopt against Traffic, in this action is hereby dismissed with prejudice on the basis of the settlement reached, pursuant to Fed. R. Civ. P. 41.

3. Each party shall bear its own costs and attorneys' fees.

4. Traffic's claims against the other defendants in this action shall remain pending.

5. The Court shall retain jurisdiction over this matter to insure that the terms and conditions of the parties' settlement agreement are honored and enforced.

**It is SO ORDERED.**

**SIGNED this 5th day of March, 2012.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE