IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TRAFFIC INFORMATION, LLC | § § § | |
| *Plaintiff*, | § | |
| vs. | § § | |
| BANK OF AMERICA CORPORATION, BANK OF AMERICA, NATIONAL ASSOCIATION, JPMORGAN CHASE & CO., LIVINGSOCIAL US, LLC, LOOPT, INC., WANDERSPOT LLC, WHERE, INC., WOODFOREST NATIONAL BANK, YELP! INC., and ZILLOW, INC. | § § § § § § § § § § § | Case No. 2:11-cv-00343<br><br>**JURY TRIAL DEMANDED** |
| *Defendants*. | § | |

**TRAFFIC INFORMATION, LLC'S OPPOSED MOTION TO FILE UNDER SEAL PLAINTIFF'S MOTION FOR PROTECTIVE ORDER, MOSTION TO HOLD WOODFOREST NATIONAL BANK IN CIVIL CONTEMPT AND SUPPORTING MEMORANDUM**

Plaintiff Traffic Information, LLC, ("Traffic") files this Opposed Motion For Leave to File Under Seal Plaintiff's Motion for Protective Order, Motion to Hold Woodforest National Bank in Civil Contempt and Supporting Memorandum and shows the Court as follows:

Plaintiff's Motion for Protective Order, Motion to Hold Woodforest National Bank in Civil Contempt and Supporting Memorandum is due May 7, 2012. Traffic's Motion contains confidential information. Accordingly, Traffic requests leave to file its Motion under seal.

           Respectfully submitted,

Dated: May 7, 2012    By: /s/ C. Dale Quisenberry
           C. Dale Quisenberry
           State Bar No. 24005040
           dquisenberry@pqelaw.com
           John T. Polasek
           State Bar. No. 16088590
           tpolasek@pqelaw.com
           Jeffrey S. David
           State Bar No. 24053171
           jdavid@pqelaw.com
           POLASEK, QUISENBERRY & ERRINGTON, L.L.P.
           6750 West Loop South, Suite 920
           Bellaire, Texas 77401
           Telephone: (832) 778-6000
           Facsimile: (832) 778-6010

           S. Calvin Capshaw
           State Bar No. 03783900
           ccapshaw@capshawlaw.com
           Elizabeth L. DeRieux
           State Bar No. 05770585
           ederieux@capshawlaw.com
           CAPSHAW DERIEUX, L.L.P.
           114 East Commerce Avenue
           Glaswater, Texas 75647
           Telephone: (903) 236-9800
           Facsimile: (903) 236-8787

           *ATTORNEYS FOR PLAINTIFF*

## CERTIFICATE OF CONFERENCE

In compliance with Local Rule CV-7(h), I hereby certify that counsel for Traffic Information, LLC contacted counsel for Woodforest National Bank via telephone on May 7, 2012 to determine whether they would be opposed to the instant motion. Counsel advised that Woodforest opposes this motion to seal.

/s/ C. Dale Quisenberry
C. Dale Quisenberry

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 7th day of May, 2012, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by, electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ C. Dale Quisenberry