IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TRAFFIC INFORMATION, LLC | § | |
| | § | |
| *Plaintiff*, | § | |
| vs. | § | |
| | § | |
| BANK OF AMERICA CORPORATION, | § | Case No. 2:11-cv-00343 |
| BANK OF AMERICA, NATIONAL | § | |
| ASSOCIATION, JPMORGAN CHASE | § | |
| & CO., LIVINGSOCIAL US, LLC, | § | |
| LOOPT, INC., WANDERSPOT LLC, | § | **JURY TRIAL DEMANDED** |
| WHERE, INC., WOODFOREST | § | |
| NATIONAL BANK, YELP! INC., and | § | |
| ZILLOW, INC. | § | |
| | § | |
| *Defendants*. | § | |

**TRAFFIC INFORMATION, LLC'S OPPOSED MOTION TO FILE UNDER SEAL PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO STAY**

Plaintiff Traffic Information, LLC, ("Traffic") files this Opposed Motion For Leave to File Under Seal Plaintiff's Response to Defendants' Motion to Stay and shows the Court as follows:

Plaintiff's Response to Defendants' Motion to Stay (Dkt. 136) is due May 7, 2012. Traffic's Response contains confidential information. Accordingly, Traffic requests leave to file its Response under seal.

Respectfully submitted,

Dated: May 7, 2012          By:    /s/ C. Dale Quisenberry
                                   C. Dale Quisenberry
                                   State Bar No. 24005040
                                   dquisenberry@pqelaw.com
                                   John T. Polasek
                                   State Bar. No. 16088590
                                   tpolasek@pqelaw.com
                                   Jeffrey S. David

State Bar No. 24053171
jdavid@pqelaw.com
POLASEK, QUISENBERRY & ERRINGTON, L.L.P.
6750 West Loop South, Suite 920
Bellaire, Texas 77401
Telephone: (832) 778-6000
Facsimile: (832) 778-6010

S. Calvin Capshaw
State Bar No. 03783900
ccapshaw@capshawlaw.com
Elizabeth L. DeRieux
State Bar No. 05770585
ederieux@capshawlaw.com
CAPSHAW DERIEUX, L.L.P.
114 East Commerce Avenue
Glaswater, Texas 75647
Telephone: (903) 236-9800
Facsimile: (903) 236-8787

*ATTORNEYS FOR PLAINTIFF*

## <u>CERTIFICATE OF CONFERENCE</u>

In compliance with Local Rule CV-7(h), I hereby certify that counsel for Traffic Information, LLC contacted counsel for Defendants via email on May 7, 2012 to determine whether they would be opposed to the instant motion. Counsel for plaintiff did not hear back from any Defendant.  Accordingly, Plaintiff assumes that Defendants are opposed.

/s/ C. Dale Quisenberry
C. Dale Quisenberry

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 7th day of  May, 2012, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by, electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ C. Dale Quisenberry