IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TRAFFIC INFORMATION, LLC § <br> § <br> *Plaintiff*, § <br> vs. § <br> § <br> BANK OF AMERICA CORPORATION, § <br> BANK OF AMERICA, NATIONAL § <br> ASSOCIATION, JPMORGAN CHASE § <br> & CO., LIVINGSOCIAL US, LLC, § <br> LOOPT, INC., WANDERSPOT LLC, § <br> WHERE, INC., WOODFOREST § <br> NATIONAL BANK, YELP! INC., and § <br> ZILLOW, INC. § <br> § <br> *Defendants*. § | Case No. 2:11-cv-00343 <br><br> **JURY TRIAL DEMANDED** |

## ORDER GRANTING OPPOSED MOTION TO FILE UNDER SEAL PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO STAY

Having considered Plaintiff Traffic Information, LLC's ("Traffic") Opposed Motion For Leave To File Under Seal Plaintiff's Response to Defendants' Motion to Stay, the Court finds Traffic's Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff's Response to Motion to Stay be filed under seal.

**SIGNED this 11th day of May, 2012.**

*/s/ Caroline M. Craven*
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE