**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **TRAFFIC INFORMATION, LLC,** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| **vs.** | § | **NO. 2:11-CV-00343-JRG-RSP** |
| | § | |
| **BANK OF AMERICA CORP., BANK OF** | § | **Jury Trial Demanded** |
| **AMERICA, NAT'L ASSN., JP MORGAN** | § | |
| **CHASE & CO., LIVINGSOCIAL US, LLC,** | § | |
| **LOOPT, INC., WANDERSPOT, LLC,** | § | |
| **WHERE, INC., WOODFOREST NAT'L** | § | |
| **BANK, YELP! INC., and ZILLOW, INC.,** | § | |
| | § | |
| **Defendants.** | § | |
| | § | |

**DEFENDANTS' MOTION JOINING THE MOTION FILED IN *TRAFFIC***
***INFORMATION, LLC v. HUAWEI TECHNOLOGIES, CO., LTD.* TO CONTINUE**
**THE STAY PENDING PLAINTIFF'S APPEAL OF THE FINAL *EX PARTE***
**<u>REEXAMINATION THAT INVALIDATED ALL CLAIMS</u>**

Defendants Wanderspot, LLC, Where, Inc., Woodforest National Bank, Yelp Inc. (f/n/a

Yelp! Inc.), and Zillow, Inc. (collectively "Defendants") join in the Second Motion to Continue

the Stay Pending Plaintiff's Appeal of the Final *Ex Parte* Reexamination That Invalidated all

Claims (the "Motion to Continue the Stay") filed in the action *Traffic Information, LLC v.*

*Huawei Technologies, Co., Ltd., et al.*, No. 2:10-CV-145-JRG, Dkt. No. 235.  Defendants attach a

copy of that motion as Exhibit "A."

The arguments made in the Motion to Continue the Stay apply equally to this case.  And,

for all of the reasons stated therein – which Defendants incorporate by reference – the stay of this

case should be extended an additional six months while Plaintiff Traffic Information, LLC

("Traffic") appeals the *ex parte* reexamination of U.S. Patent No. 6,466,862 ("the '862 Patent") in which the PTO invalidated *all* the asserted claims.[1]

Additionally, the justification for continuing the stay is even stronger in this case.  In this case, *no* discovery – other than Plaintiff's 3-1 disclosures – has been exchanged.  Moreover, as the Court recognized in its May 30, 2012 Order granting the stay, Traffic will not suffer any prejudice if this case is stayed because Traffic's claims against Defendants are premised upon the use of technology made by third-parties who are not Defendants in this case:

> Traffic's chief concern is that a delay in these actions may result in the loss of critical evidence and increase the difficulty in obtaining key infringement evidence.  However, a stay of limited duration alleviates these concerns. Additionally, as urged by Defendants, Traffic's theory of infringement in these cases is based upon the use of third-party technology.  For example, Traffic contends that Defendants infringe the '862 Patent through their customer's alleged use of the AT&T Navigator mobile app operating on a Huawei Impulse mobile device, and specifically their use of the 'TeleNav traffic feature' of the AT&T Navigator mobile app whose 'traffic information' is allegedly provided by 'Inrix's Smart Dust Network.'  As such . . . most of the evidence supporting Traffic's infringement claims against Defendants will come from the following third parties, each of whom Traffic has sued in separate actions and from whom Traffic is presumably seeking discovery:  AT&T Mobility, Huawei Technologies, TeleNav, Inc., and Inrix, Inc.  Given this, the Court finds Traffic's concerns are unsupported, and a stay of limited duration will not prejudice Traffic.

[Dkt. No. 169 at 9-10.]

Accordingly, Defendants respectfully request that the Court continue the stay entered by the Court on May 30, 2012.

---

[1] Defendants also note that for fiscal year 2013 to date, of the 129 appeals of reexams disposed of by the Patent Trial and Appeal Board (hereinafter "PTAB"), 72 have been affirmed and 31 have been affirmed-in-part.  Fiscal Year 2013 Cumulative Dispositions for the PTAB at http://www.uspto.gov/ip/boards/bpai/stats/receipts/fy2013_mar_e.jsp (see Technology Center 3900 – the Central Reexamination Unit).

Dated: May 17, 2013                                Respectfully Submitted,


                                        By: */s/* Jay Yates (*with permission*)
                                        John F. Luman III
                                        State Bar No. 00794199
                                        John.Luman@bgllp.com
                                        John A. Yates
                                        State Bar No. 24056569
                                        Jay.Yates@bgllp.com
                                        BRACEWELL & GIULIANI LLP
                                        711 Louisiana, Suite 2300
                                        Houston, Texas 77002-2781
                                        Telephone: (713) 223-2300
                                        Telecopy: (713) 221-1212

                                        **ATTORNEYS FOR DEFENDANT**
                                        **WOODFOREST NATIONAL BANK**

                                        By: */s/* Kevin A. Zeck
                                        Allen F. Gardner
                                        State Bar No. 24043679
                                        *Email:* allengardner@potterminton.com
                                        Michael E. Jones
                                        State Bar No. 10929400
                                        *Email:* mikejones@potterminton.com
                                        Potter Minton, a Professional Corporation
                                        110 N. College Ave., Suite 500
                                        Tyler, TX 75702
                                        (903) 597-8311
                                        (903) 593-0846

                                        Ramsey M. Al-Salam, WSBA No. 18822
                                        *Email:* RAlsalam@perkinscoie.com
                                        Kevin A. Zeck, WSBA No. 41689
                                        *Email:* KZeck@perkinscoie.com
                                        Perkins Coie LLP
                                        1201 Third Avenue, Suite 4800
                                        Seattle, WA 98101
                                        Telephone: 206-359-8000
                                        Fax: 206-359-4029

                                        **ATTORNEYS FOR DEFENDANT**
                                        **ZILLOW, INC.**

By: */s/* Jesse Geraci (*with permission*)
Daralyn J. Durie (CA SBN 169825)
ddurie@durietangri.com
Jesse Geraci (CA SBN 151519)
jgeraci@durietangri.com
Ryan Kent (CA SBN 220441)
rkent@durietrangri.com
Durie Tangri LLP
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666
Facsimile: 415-236-6300

Michael E. Jones
SBN: 10929400
Potter Minton, PC
110 North College, Suite 500
Tyler, Texas 75702
Tel: 903-597-8311
Fax: 903-593-0846
mikejones@potterminton.com

**ATTORNEYS FOR DEFENDANTS
WANDERSPOT LLC and YELP INC.
(f/n/a YELP! INC.)**

By: */s/* Michael Chow (*with permission*)
B. Lance Vincent
Texas State Bar No. 20585580
RITCHESON, LAUFFER, & VINCENT PC
Two American Center
821 ESE Loop 323, Suite 530
Tyler, TX 75701
lancev@rllawfirm.net

Mark P. Wine (admitted *pro hac vice*)
Calif. State Bar No. 189897
Thomas J. Gray (admitted *pro hac vice*)
Calif. State Bar No. 191411
Michael Chow (admitted *pro hac vice*)
Calif. State Bar No. 273912
ORRICK, HERRINGTON & SUTCLIFFE LLP
2050 Main St., Suite 1100
Irvine, CA 92614
Tel: (949) 567-6700
Fax: (949) 567-6710
mwine@orrick.com
tgray@orrick.com
mchow@orrick.com

**ATTORNEYS FOR DEFENDANT
WHERE, LLC**

**CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for Plaintiff and Defendants have conferred on the issues addressed herein and counsel for the Plaintiff have indicated they oppose the relief sought by this Motion.

/s/ Kevin A. Zeck
Kevin A. Zeck

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served to all counsel of record via the Court's electronic delivery system, and via electronic mail, this 17th day of May, 2013.

/s/ Kevin A. Zeck
Kevin A. Zeck