IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TRAFFIC INFORMATION, LLC | § § § | |
| *Plaintiff*, | § | |
| vs. | § § | |
| BANK OF AMERICA CORPORATION, BANK OF AMERICA, NATIONAL ASSOCIATION, JPMORGAN CHASE & CO., LIVINGSOCIAL US, LLC, LOOPT, INC., WANDERSPOT LLC, WHERE, INC., WOODFOREST NATIONAL BANK, YELP! INC., and ZILLOW, INC. | § § § § § § § § § § § | Case No. 2:11-cv-00343-JRG-RSP |
| *Defendants*. | § | |

## STIPULATION TO DISMISS ALL CLAIMS BETWEEN PLAINTIFF TRAFFIC INFORMATION, LLC AND DEFENDANT WOODFOREST NATIONAL BANK

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff Traffic Information, LLC ("Traffic") and defendant Woodforest National Bank ("Woodforest") stipulate to dismiss all claims between Traffic and Woodforest in the above-captioned action. The Parties, therefore, move this Court to dismiss the above entitled action, and in particular, to dismiss all claims by Traffic against Woodforest WITH PREJUDICE, and all counterclaims by Woodforest against Traffic WITHOUT PREJUDICE.

The parties further move the Court to order that all costs and expenses relating to this litigation (including attorney and expert fees and expenses) shall be borne solely by the party incurring same.

AGREED TO AND ACCEPTED BY:

/s/      *C. Dale Quisenberry*
C. Dale Quisenberry
dquisenberry@pqelaw.com
POLASEK, QUISENBERRY & ERRINGTON, L.L.P.
6750 West Loop South, Suite 920
Bellaire, Texas 77401
Telephone: (832) 778-6000
Facsimile: (832) 778-6010

*Counsel for Traffic Information, LLC*


/s/     *John Allen Yates*
John Allen Yates
jay.yates@bgllp.com
BRACEWELL & GIULIANI, LLP
711 Louisiana Street, Suite 2300
Houston, Texas 77002-2770
Telephone: (713) 221-1375
Facsimile: (713) 222-3296

*Counsel for Woodforest National Bank*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 6th day of March, 2015, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by, electronic mail, facsimile transmission and/or first class mail on this same date.

      /s/ *C. Dale Quisenberry*