IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TRAFFIC INFORMATION, LLC | § | |
| | § | |
| *Plaintiff*, | § | |
| vs. | § | |
| | § | |
| BANK OF AMERICA CORPORATION, | § | Case No. 2:11-cv-00343-JRG-RSP |
| BANK OF AMERICA, NATIONAL | § | |
| ASSOCIATION, JPMORGAN CHASE | § | |
| & CO., LIVINGSOCIAL US, LLC, | § | |
| LOOPT, INC., WANDERSPOT LLC, | § | |
| WHERE, INC., WOODFOREST | § | |
| NATIONAL BANK, YELP! INC., and | § | |
| ZILLOW, INC. | § | |
| | § | |
| *Defendants*. | § | |

**ORDER OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41, and based on the Stipulation To Dismiss All Claims filed by Plaintiff Traffic Information, LLC ("Traffic") and Defendant Woodforest National Bank ("Woodforest"), IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. All claims by Traffic against Woodforest in this action are hereby dismissed WITH PREJUDICE.

2. All counterclaims by Woodforest against Traffic in this action are hereby dismissed WITHOUT PREJUDICE.

3. Each party shall bear its own costs and attorneys' fees.

"
"""""Vj g'Ergtm'ku'QTFGTGF "vq"vgto kpcvg"Y qqf hqtguv'P cvkqpcn'Dcpm'htqo "vj g'kpuvcpv'ecug0"

**SIGNED this 13th day of March, 2015.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE