IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TRAFFIC INFORMATION, LLC § § *Plaintiff*, § vs. § § BANK OF AMERICA CORPORATION, § BANK OF AMERICA, NATIONAL § ASSOCIATION, JPMORGAN CHASE § & CO., LIVINGSOCIAL US, LLC, § LOOPT, INC., WANDERSPOT LLC, § WHERE, INC., WOODFOREST § NATIONAL BANK, YELP! INC., and § ZILLOW, INC. § § *Defendants*. § | Case No. 2:11-cv-00343-JRG-RSP |

**ORDER OF DISMISSAL WITH PREJUDICE
OF DEFENDANT ZILLOW, INC.**

Pursuant to Fed. R. Civ. P. 41 and the Stipulation of Dismissal filed by plaintiff Traffic Information, LLC ("Traffic") and defendant Zillow, Inc. ("Zillow"), IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. This Court has personal jurisdiction over Traffic and Zillow, and subject matter jurisdiction over the subject matter of this action.

2. Each claim made by Traffic against Zillow, and each counterclaim made by Zillow against Traffic, in this action is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41.

3. Each party shall bear its own costs and attorneys' fees.

The Clerk is ORDERED to terminate Zillow, Inc. from the instant case.

**SIGNED this 1st day of May, 2015.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE