IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TRAFFIC INFORMATION, LLC | § § § | |
| *Plaintiff*, | § | |
| vs. | § § | |
| BANK OF AMERICA CORPORATION, BANK OF AMERICA, NATIONAL ASSOCIATION, JPMORGAN CHASE & CO., LIVINGSOCIAL US, LLC, LOOPT, INC., WANDERSPOT LLC, WHERE, INC., WOODFOREST NATIONAL BANK, YELP! INC., and ZILLOW, INC. | § § § § § § § § § § § | Case No. 2:11-cv-00343-JRG-RSP |
| *Defendants*. | § | |

**ORDER OF DISMISSAL WITH PREJUDICE
OF DEFENDANT WANDERSPOT LLC**

Pursuant to Fed. R. Civ. P. 41 and the Stipulation of Dismissal filed by plaintiff Traffic Information, LLC ("Traffic") and defendant Wanderspot LLC ("Wanderspot"), IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. This Court has personal jurisdiction over Traffic and Wanderspot, and subject matter jurisdiction over the subject matter of this action.

2. Each claim made by Traffic against Wanderspot, and each counterclaim made by Wanderspot against Traffic, in this action is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41.

3. Each party shall bear its own costs and attorneys' fees.

The Clerk is ORDERED to terminate Wanderspot LLC from the instant case.

**SIGNED this 1st day of May, 2015.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE