IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TRAFFIC INFORMATION, LLC<br><br>*Plaintiff,*<br><br>vs.<br><br>BANK OF AMERICA CORPORATION, BANK OF AMERICA, NATIONAL ASSOCIATION, JPMORGAN CHASE & CO., LIVINGSOCIAL US, LLC, LOOPT, INC., WANDERSPOT LLC, WHERE, INC., VVOODFOREST NATIONAL BANK, YELP! INC., and ZILLOW, INC.<br><br>*Defendants.* | § § § § § § § § § § § § § § § § § § Case No. 2:11-cv-00343-JRG-RSP |

## ORDER OF DISMISSAL WITH PREJUDICE
## OF DEFENDANT YELP INC.

Pursuant to Fed. R. Civ. P. 41 and the Joint Motion to Dismiss With Prejudice filed by plaintiff Traffic Information, LLC ("Traffic") and defendant Yelp Inc. f/n/a Yelp! Inc. ("Yelp"), IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1,   This Court has personal jurisdiction over Traffic and Yelp, and subject matter jurisdiction over the subject matter of this action.

2.   Each claim made by Traffic against Yelp, and each counterclaim made by Yelp against Traffic, in this action is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41.

3.   Each party shall bear its own costs and attorneys' fees.

**SIGNED this 12th day of July, 2015.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE