IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TRAFFIC INFORMATION, LLC | § | |
| | § | |
| *Plaintiff,* | § | |
| vs. | § | |
| | § | |
| BANK OF AMERICA CORPORATION, | § | Case No. 2:11-cv-00343-JRG-RSP |
| BANK OF AMERICA, NATIONAL | § | |
| ASSOCIATION, JPMORGAN CHASE | § | |
| & CO., LIVINGSOCIAL US, LLC, | § | |
| LOOPT, INC., WANDERSPOT LLC, | § | |
| WHERE, INC., WOODFOREST | § | |
| NATIONAL BANK, YELP! INC., and | § | |
| ZILLOW, INC. | § | |
| | § | |
| *Defendants.* | § | |

## ORDER OF DISMISSAL WITH PREJUDICE
## OF DEFENDANT LIVINGSOCIAL US, LLC

Pursuant to Fed. R. Civ. P. 41 and the Stipulation of Dismissal filed by plaintiff Traffic Information, LLC ("Traffic") and defendant LivingSocial US, LLC ("LivingSocial"), IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1.     This Court has personal jurisdiction over Traffic and LivingSocial, and subject matter jurisdiction over the subject matter of this action.

2.     Each claim made by Traffic against LivingSocial, and each counterclaim made by LivingSocial against Traffic, in this action is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41.

3.     Each party shall bear its own costs and attorneys' fees.

**SIGNED this 27th day of January, 2016.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE